UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN J. LYNGAAS, D.D.S., P.L.L.C., | Case No. 24-51170 |
| Plaintiff, | Linda V. Parker |
| v. | United States District Judge |
| SOLSTICE BENEFITS, INC., *et al.*, | Curtis Ivy, Jr. |
| Defendants. | United States Magistrate Judge |
| _____/ | |

## ORDER ON DEFENDANT'S MOTION TO QUASH SUBPOENAS (ECF No. 1)

On October 4, 2024, Defendant Solstice Benefits, Inc.'s motion to quash Plaintiff's subpoenas was transferred to this Court, (ECF No. 1), and the District Judge referred that motion to the undersigned, (ECF No. 8). On February 18, Solstice filed a joint notice to moot this action given the Court's Order in the main case rendering the subpoenas untimely. (ECF No. 10. *See also Brian Lyngaas, D.D.S., P.L.L.C. v. Solstice Benefits, Inc.*, 2:22-cv-10830-LVP-CI, ECF No. 112, PageID.4818). For the reasons set forth in the joint notice and the reasons stated in this Court's Orders in related proceedings, (*see* No. 2:24-mc-51115-LVP-CI, ECF No. 11; No. 2:24-mc-51122-LVP-CI, ECF No. 7), this motion is **MOOT**. For that reason, the status conference scheduled for February 25, 2025 is **CANCELLED**.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed. R. Civ. P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich. Local Rule 72.2.

Date: February 21, 2025  

s/Curtis Ivy, Jr.  
Curtis Ivy, Jr.  
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on February 21, 2025.

s/Sara Krause  
Case Manager  
(810) 341-7850